690

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAROLD JUNIOR BRADFORD, Defendant-Appellant.

(No. 11761;

Fourth District—November 22, 1972.

Opinion by Mr. JUSTICE SMITH.

Linda West Conley, of Defender Project, of Chicago, for appellant.

Basil G. Greanias, State's Attorney, of Decatur, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JESSE JAMES THOMAS, Defendant-Appellant.

(No. 71-259;

Fifth District—November 27, 1972.